# Amended Complaint

## United States District Court
### CENTRAL DISTRICT OF ILLINOIS

Thomas Atchison,  )
                  )
       Plaintiff  )
                  )   Case No. 3:23-CV-03188-CRL
       vs.        )   ~~(crossed out)~~
                  )   (The case number will be assigned by the clerk)
Administrator Misty Vaughn )
Chief Deputy Robert Spickard )
Joshua Becker c/o )
Kylie Covalesk c/o )
_____ )
_____ )
_____ )
_____ ,)
                  )
     Defendant(s) )

(List the full name of ALL plaintiffs and defendants in the caption above. If you need more room, attach a separate caption page in the above format).

### COMPLAINT*

*Indicate below the federal legal basis for your complaint, if known. This form is designed primarily for pro se prisoners challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants). However, 42 U.S.C. § 1983 and "Bivens" do not cover all prisoners' claims. Many prisoners' legal claims arise from other federal laws. Your particular claim may be based on different or additional sources of federal law. You may adapt this form to your claim or draft your own complaint.*

☑ 42 U.S.C. §1983 (state, county or municipal defendants)

☐ Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971)(federal defendants)

☐ Other federal law: _____

☐ Unknown _____

### I. FEDERAL JURISDICTION

---

*\*Please refer to the instructions when filling out this complaint. Prisoners are not required to use this form or to answer all the questions on this form in order to file a complaint. This is not the form to file a habeas corpus petition.*

# Amended Complaint

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law. *(You may assert a different jurisdictional basis, if appropriate).*

## II. PARTIES

A. Plaintiff:

Full Name: Thomas Atchison

Prison Identification Number: Y-19978

Current address: P.O. Box 1000 Menard, IL 62259

*For additional plaintiffs, provide the information in the same format as above on a separate page. If there is more than one plaintiff, each plaintiff must sign the Complaint, and each plaintiff is responsible for paying his or her own complete, separate filing fee.*

B. Defendants

Defendant #1:

Full Name: Misty Vaughn

Current Job Title: DeWitt County Jail Administrator

Current Work Address: 101 W. Washington Clinton, IL. 61727

Defendant #2:

Full Name: Robert Spickard

Current Job Title: Chief Deputy

Current Work Address: 101 W. Washington Clinton, IL. 61727

Defendant #3:

Full Name: Joshua Becker

Current Job Title: Corrections officer

2

# Amended Complaint

Current Work Address ___101 W. Washington___
___Clinton, IL. 61727___

Defendant #4:

Full Name: ___Kylie Covalesky___

Current Job Title: ___Corrections officer___

Current Work Address ___101 W. Washington___
___Clinton, IL. 61727___

Defendant #5:

Full Name: _____

Current Job Title: _____

Current Work Address _____

_____

*For additional defendants, provide the information in the same format as above on a separate page.*

## III. LITIGATION HISTORY

*The "three strikes rule" bars a prisoner from bringing a civil action or appeal in forma pauperis in federal court if that prisoner has "on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved

in this case?   Yes ☐   No ☒

If yes, please describe _____

_____

B. Have you brought any other lawsuits in federal court while incarcerated?

Yes ☒    No ☐

C. If your answer to B is yes, how many? __1__. Describe the lawsuit(s) below.

3

## Amended Complaint

1. Name of Case, Court and Docket Number
   _Atchison v. Haffman et al. US Dist. Cent. Dist. of IL._

2. Basic claim made _excessive force_

3. Disposition (That is, how did the case end? Was the case dismissed? Was it appealed? Is it still pending?) _Settled_

*For additional cases, provide the above information in the same format on a separate page.*

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

*Prisoners must exhaust available administrative remedies before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). You are not required to allege or prove exhaustion of administrative remedies in the complaint. However, your case must be dismissed if the defendants show that you have not exhausted your administrative remedies, or if lack of exhaustion is clear from the complaint and its attachments. You may attach copies of materials relating to exhaustion, such as grievances, appeals, and official responses. These materials are not required to file a complaint, but they may assist the court in understanding your claim.*

A. Is there a grievance procedure available at your institution? Yes ☒ No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?

   Yes ☒ No ☐

If your answer is no, explain why not _____

C. Is the grievance process completed? Yes ☒ No ☐

### V. STATEMENT OF CLAIM

Place(s) of the occurrence _DeWitt County Jail_

# Amended Complaint

Date(s) of the occurrence <u>December 11-15, 2020; February 29-March 11, 2021; June 7-15 2021</u>

*State here briefly the FACTS that support your case. Describe what each defendant did to violate your federal rights. You do not need to give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.*

THE COURT URGES YOU TO USE ONLY THE SPACE PROVIDED. *Federal Rule of Civil Procedure 8(a) requires only a "short and plain statement" of your claim showing that you are entitled to relief. It is best to include only the basic, relevant facts, including dates, places, and names.*

1) On the above mentioned dates I Thomas Atchison was housed in Segregation at DeWitt County Jail in Illinois. During those times I wrote multiple request slips and grievances explaining that I was having extreme back pain due to DeWitt's policy which was enforced by Misty Vaughn the jails Administrator. I wrote her multiple times and wrote a grievance explaining that I am suffering from back pain because my mattress was taken from me for such long periods of time. Misty Vaughn never responded to my request slips or grievances and as a result I am suffering from back pain I never had until I had those segregation visits. With each segregation visit the pain became worse and worse.

2) Robert Spickard was the Chief Deputy of DeWitt county during the times I spent in segregation. I personally spoke to him about my back issues explaining to him during one of his walkthroughs in Segregation during the June 7-15 2021 seg stay that I was having extreme back pain due to my lack of access to my mattress. Mr. Spickard informed me that my back pain was not his concern and if I wanted the back pain to stop then I need to stay out of segregation. I wrote a grievance about what Mr. Spickard said and I never recieved a response.

5

# Amended Complaint

Each Defendant took part in causing me extreme back because they could of helped me, but chose not to and they were made aware of my back pain issues through request slips, grievances and through verbal communication.

    Joshua Becker and Kylie Covelasky both participated in forcing me to give up my mattress daily before I could even receive my breakfast tray. The Dewitt County Jail Inmate handbook explains that this practice is specifically against those inmates in segregation. This practice is not rationally related to a legitimate non punitive governmental purpose and these actions are excessive, cruel, and unusual. I begged all Defendants to not force me to relinquish my mattress due to severe pain.

    No justification was ever given for this practice other than it was "policy."

                                                 *Thomas Atchison* 1-23-24

Amended Complaint

RELIEF REQUESTED

(State what relief you want from the court.)

I wish for this Court to award me $15,000 from each

# Amended Complaint

defendant for their role in causing me extreme back pain which I am still suffering from to this day. I cannot excercise like lift weights or do pull-ups because of the strain it puts on my lower back area.

JURY DEMAND     Yes ☑     No ☐

Signed this _____ day of _____, 20\_\_\_\_.

_____
( Signature of Plaintiff)

| Name of Plaintiff: Thomas Atchison | Inmate Identification Number: Y-19978 |
|---|---|
| Address: P.O. Box 1000 Menard, IL 62259 | Telephone Number: N/A |

# United States District Court
## CENTRAL DISTRICT OF ILLINOIS

Thomas Atchison )
    Plaintiff, )
 )
VS. ) Case No.: 3:23-cv-03188-CRL
 )
Misty Vaughn et, al. )
    Defendant )

## NOTICE OF FILING

TO: U.S. Dist. Court
Cent. Dist. of IL.
Judge Colleen R. Lawless

TO: _____

TO: _____

TO: _____

PLEASE TAKE NOTICE that on __1-23__, 20_24_, I have provided service to the person(s) listed above by the following means:

☒ Electronically filed through __Menard__ Correctional Law Library

☐ Institutional mail at _____ Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service.

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 USC 1746 and 18 USC 1621, I declare under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge.

Date: 1-23-24

/s/ _____
NAME: Thomas Atchison
IDOC#: Y19978
__Menard__ Correctional Center
P.O. Box __1000__
__Menard__, IL __62259__