IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

SCANNED at MENARD and E-mailed
10-11-24 by JA   3 pages
Date    initials   No.

Atchison, plantiff

v.

Vaughn, Defendant

Case No. 3:23-CV-03188-CRL

## MOTION FOR EXTENSION OF TIME

NOW COMES, Thomas Atchison, plantiff, and moves this Honorable Court for an extension of time in which to complete this Court's orders, ie: serving responses to defendants' first set of production requests, interrogatories and requests to produce. As well as any other orders made by this Court for plantiff to complete thus far. In support of his motion, plantiff states as follows:

1. That this Court ordered plantiff to serve his responses to Defendants' first set of production request on no later than 10-28-24.

2. That this Court ordered plantiff has until 11-1-24 to file his response to Defendants' Motion for a Protective Order.

3. That the plantiff is an inmate incarcerated at the Menard Correctional Center in Menard, IL.
    a) That Menard C.C. was on a continuous Lockdown from 8-28-24 until 9-22-24 for various reasons.
    b) That during the lockdown no Law Library was ran and none ran after until today 10-9-24, and no mail ran for 2 wks.

4. That additional time to complete these orders is needed because of lack of adequate Law Library Time in order to research and prepare proper responses/documents.

WHEREFORE, the plantiff requests that this Court grant him an extension of 60 days in which to prepare/complete this Court's orders.

Respectfully Submitted this
10-9-24

Thomas Atchison

# PROOF / CERTIFICATE OF SERVICE

I, Thomas Atchison, hereby state that on this date of 10-9-24 I placed in the Institutional Mail at Menard CC. a "Motion For Extension of Time" and "Motion For Status on Motion For Appointment of Counsel" to be e-filed in both case no. 3:23-cv-03190-JBM and case no. 3:23-cv-03188-CRL. I also placed the same documents to be mailed to Kyle R. Moore at IFMK Law, Ltd. at 650 Dundee Road, Suite 475 Northbrook, IL. 60062 in the Institutional Mail

Thomas Atchison
10-9-24